1 | Christian L. Moore, Esq.
2 | Dane A. Littlefield, Esq.
Lemons, Grundy & Eisenberg
3 | 6005 Plumas Street, Third Floor
Reno, NV 89519
4 | Telephone: (775) 786-6868
*clm@lge.net; dal@lge.net*
5 |
6 | Theodore E. Chrissinger, Esq.
Hoy Chrissinger Kimmel Vallas
7 | 50 W. Liberty St., Suite 840
Reno, Nevada 89501
8 | Telephone: (775) 786-8000
*tchrissinger@nevadalaw.com*
9 |
10 | *Attorneys for Plaintiff and*
*Counter-Defendant and*
11 | *Third-Party Plaintiff GARY A. PULVER*
*dba PULVER CONSTRUCTION COMPANY*

12 |

### UNITED STATES DISTRICT COURT

13 |

### DISTRICT OF NEVADA

14 |

| | |
|---|---|
| 15   GARY A. PULVER dba PULVER<br>16   CONSTRUCTION COMPANY, an individual,<br><br>17        Plaintiff,<br>    vs.<br>18<br>19   BARRY KANE, an individual; ANNA KANE,<br>    an individual; and 1059 LAKESHORE<br>20   BOULEVARD LLC, a Nevada limited liability<br>    company fka 1059 Lakeshore Drive LLC,<br>21<br>       Defendants.<br>22<br>23   1059 LAKESHORE BOULEVARD LLC, a<br>    Nevada limited liability company,<br>24<br>       Counterclaimant,<br>25     vs.<br>26   GARY A. PULVER dba PULVER<br>    CONSTRUCTION COMPANY, an individual,<br>27   and ROES 1-50, inclusive,<br>28        Counter-Defendants. | Case No.:  3:20-cv-00673-MMD-CSB<br>Honorable Miranda M. Du<br><br><br>**STIPULATION AND ORDER TO<br>EXTEND TIME TO FILE<br>OPPOSITION TO RENO TAHOE<br>GEO ASSOCIATES, INC.'S MOTION<br>FOR SUMMARY JUDGMENT AS TO<br>PULVER CONSTRUCTION<br>COMPANY'S SECOND CAUSE OF<br>ACTION FOR BREACH OF<br>CONTRACT**<br><br><u>**(First Request)**</u> |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,

Third-Party Plaintiff,

vs.

CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation; CLASS A ROOFING, LLC, a Nevada limited liability company; A & E ARCHITECTS, a Montana professional corporation; RENO TAHOE GEO ASSOCIATES, INC., a Nevada corporation; ERIC'S CONCRETE PAVERS, INC., a Nevada corporation; JULIAN MACDONALD dba JP MCDONALD MILLWORKS; and DOES 1 through 20,

Third-Party Defendants.

Plaintiff/third-party defendant GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, and third-party plaintiff RENO TAHOE GEO ASSOCIATES, INC., by and through their undersigned counsel, hereby stipulate that defendant/third-party plaintiff GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, may have an extension of five (5) business days from February 3, 2023, to February 10, 2023, to file his opposition to *Reno Tahoe Geo Associates, Inc.'s Motion for Summary Judgment as to Pulver Construction Company's Second Cause of Action for Breach of Contract* (ECF No. 83).

This is defendant/third-party plaintiff's first request for an extension to file his opposition. This request is not interposed for delay or any other improper purpose.

DATED this 19th day of January 2023.

**Lemons, Grundy & Eisenberg**


By: */s/ Dane A. Littlefield, Esq.*
    Christian L. Moore, Esq. NSB #3777
    Dane A. Littlefield, Esq. NSB #14080
    6005 Plumas Street, Third Floor
    Reno, Nevada 89519
    Ph: (775) 786-6868;
    Fax: (775) 786-9716
    *clm@lge.net; dal@lge.net*

DATED this 19th day of January 2023.

**Viloria, Oliphant, Oster & Aman L.L.P.**


By: */s/ Nathan J. Aman, Esq.*
    Nathan J. Aman, Esq.
    NSB #8354
    P.O. Box 62
    Reno, Nevada 89504
    Ph: (775) 284-8888
    *naman@renonvlaw.com*

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 2 -

1
and

2
**Hoy Chrissinger Kimmel Vallas**

3

4

5
By: */s/ Theodore E. Chrissinger, Esq.*
    Theodore E. Chrissinger, Esq.
6
    NSB #9528
    50 W. Liberty St., Suite 840
7
    Reno, Nevada 89501
    Ph: (775) 786-8000
8
    *tchrissinger@nevadalaw.com*

9
    *Attorneys for Plaintiff and*
10  *Counter-Defendant and Third-Party*
    *Plaintiff GARY A. PULVER dba*
11  PULVER CONSTRUCTION
    COMPANY
12

13

14                              **ORDER**

15      IT IS SO ORDERED.

16      DATED this  19th   day of January 2023.

17

18                              _____
                                HONORABLE MIRANDA M. DU
                                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 3 -

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEMONS, GRUNDY & EISENBERG, and that on January 19, 2023, I served a true and correct copy of the ***STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO RENO TAHOE GEO ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO PULVER CONSTRUCTION COMPANY'S SECOND CAUSE OF ACTION FOR BREACH OF CONTRACT (First Request)*** on the party(s) set forth below by:

_____   **BY MAIL**: in an envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Reno, Nevada, following ordinary business practices;

_____   **BY E-MAIL**: by transmitting by electronic mail to the respective e-mail addresses;

_____   **BY PERSONAL SERVICE**: in an envelope to be hand delivered this date;

_____   **BY OVERNIGHT DELIVERY**: in an envelope to be delivered to an overnight delivery carrier with delivery fees provided for;

_____   **BY FACSIMILE**: by transmitting by facsimile to the respective fax telephone phone number(s);

\_\_X\_\_   **BY USING THE COURT'S EFS** which electronically served the following;

| | |
|---|---|
| Theodore E. Chrissinger, Esq.<br>Hoy, Chrissinger & Vallas<br>50 W. Liberty St., Suite 840<br>Reno, Nevada 89501<br>Telephone: (775) 786-8000<br>*tchrissinger@nevadalaw.com* | *Attorney for Plaintiff/Counter-Defendant/Third-Party Plaintiff,*<br>GARY A. PULVER dba<br>PULVER CONSTRUCTION COMPANY |
| Alan R. Wechsler, Esq.<br>Decker J. Cady, Esq.<br>940 Southwood Blvd., Suite 102<br>Incline Village, NV 89451<br>Telephone: (775) 548-5020<br>*alan@mountainsidelaw.com*<br>*decker@mountainsidelaw.com* | *Attorney for Defendant and Counter-claimant 1059 Lakeshore Boulevard LLC and Defendants Barry Kane and Anna Kane* |
| John A. Aberasturi, Esq.<br>Brent L. Ryman, Esq.<br>Erickson, Thorpe & Swainston, LTD<br>P.O. Box 3559<br>99 Arroyo Street<br>Reno, NV 89505<br>Telephone: (775) 786-3930 | *Attorneys for Third-Party Defendant Cruz Construction Company, Inc.* |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-8069
(775) 786-6868

| | |
|---|---|
| *jaberasturi@etsreno.com*<br>*bryman@etsreno.com* | |
| Karen M. Baytosh, Esq.<br>Andrew M. Bunn, Esq.<br>Bremer Whyte Brown & O'Meara, LLP<br>50 W. Liberty Street, Suite 1090<br>Reno, NV 89501<br>Telephone: (775) 440-2389<br>*kbaytosh@bremerwhyte.com*<br>*abunn@bremerwhyte.com* | *Attorneys for Third-Party Defendant,*<br>JULIAN MACDONALD dba JP<br>MCDONALD MILLWORKS |
| Nathan J. Aman, Esq.<br>Viloria, Oliphant, Oster & Aman, LLP<br>P.O. Box 62<br>Reno, NV 89504<br>Telephone: (775) 284-8888<br>*naman@renonvlaw.com* | *Attorneys for Third-Party Defendant,*<br>RENO TAHOE GEO ASSOCIATES, INC. |
| Christine E. Drage, Esq.<br>Jeremy R. Kilber, Esq.<br>W & D Law, LLP<br>861 Coronada Center Dr., Ste. 231<br>Henderson, NV 89502<br>Telephone: (702) 314-1905<br>*cdrage@wdlaw.com*<br>*jkilber@wdlaw.com* | *Attorneys for Third-Party Defendant,*<br>*A & E ARCHITECTS* |
| Bryce B. Buckwalter, Esq.<br>Keating Law Group<br>9130 West Russell Road, Ste. 200<br>Las Vegas, Nevada 89148<br>Telephone: (702) 228-6800<br>*bbuckwalter@keatinglg.com* | *Attorneys for Third-Party Defendant,*<br>*Eric's Concrete Paver, Inc.* |
| Charlie H. Luh, Esq.<br>Craig D. Slater, Esq.<br>LUH & Associates<br>8987 W. Flamingo Rd., Ste. 100<br>Las Vegas, NV 89147<br>Telephone: (702) 367-8899<br>*cluh@luhlaw.com*<br>*cslater@luhlaw.com* | *Attorneys for Third-Party Defendant,*<br>*Class A Roofing, Inc.* |

                         */s/ Susan G. Davis*

                Susan G. Davis