BRYCE B. BUCKWALTER
Nevada Bar No. 7626
**KEATING** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Phone
(702) 228-0443 Facsimile
bbuckwalter@keatinglg.com
Attorney for Third-Party Defendant
Eric's Concrete Pavers, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, | CASE NO.: 3:20-cv-00673-MMD-CLB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AS TO THIRD-PARTY DEFENDANT, ERIC'S CONCRETE PAVERS, INC., ONLY |
| BARRY KANE, an individual; ANNA KANE, an individual; and LAKESHORE BOULEVARD, LLC., a Nevada Limited Liability Company fka 1059 Lakeshore Drive, LLC., | |
| Defendants. | |
| 1059 LAKESHORE BOULEVARD, LLC., a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, and ROES 1-50 inclusive, | |
| Counter-Defendants. | |
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, | |

1

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

1 | Third-Party Plaintiff,
2 | vs.
3 | CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation; CLASS A ROOFING, LLC., a Nevada limited liability company; A & E ARCHITECTS, a Montana professional corporation; ROE AND TAHOE GEO ASSOCIATED, Inc., a Nevada corporation; ERIC'S CONCRETE PAVERS, INC., a Nevada Corporation; JULIAN MACDONALD dba JP MCDONALD MILLWORKS; and DOES 1 through 20,
9 | Third-Party Defendants.

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AS TO THIRD-PARTY DEFENDANT, ERIC'S CONCRETE PAVERS, INC., ONLY**

IT IS HEREBY STIPULATED AND AGREED, by and between Third-Party Plaintiff, GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, by and through its counsel Christian L. Moore of LEMONS, GRUNDY & EISENBERG, and Third-Party Defendant, ERIC'S CONCRETE PAVERS, INC. by and through its counsel, Bryce B. Buckwalter of K E A T I N G LAW GROUP, that all claims shall be, and are hereby, dismissed with prejudice, as to Third-Party Defendant, ERIC'S CONCRETE PAVERS, INC, ONLY, each party to bear their own costs and attorney's fees.

DATED this 26th day of September, 2023.          DATED this ____ day of September, 2023.

Lemons, Grundy & Eisenberg                        K E A T I N G LAW GROUP

By: /s/ [signature] #16521 per                    By: /s/ Bryce B. Buckwalter
Christian L. Moore                                BRYCE B. BUCKWALTER
Nevada Bar No. 3777                               Nevada Bar No. 7626
6005 Plumas Street, Third Floor                   9130 W. Russell Road, Suite 200
Reno, Nevada 89519                                Las Vegas, Nevada 89148
Attorney for GARY A. PULVER dba                   Attorney for Third-Party Defendant
PULVER CONSTRUCTION COMPANY                       ERIC'S CONCRETE PAVERS, INC.

## ORDER

Based upon the foregoing stipulation and good cause appearing;

IT IS SO ORDERED that Third-Party Plaintiff, GARY A. PULVER dba PULVER CONSTRUCTION COMPANY actions against Third-Party Defendant, ERIC'S CONCRETE PAVERS, INC., and all claims related thereto shall be, and are hereby, dismissed with prejudice, as to Third-Party Defendant, ERIC'S CONCRETE PAVERS, INC., ONLY, with each party to bear their own costs and attorney's fees.

DATED this 27th day of September, 2023.

HONORABLE MIRANDA M. DU
UNITED STATED DISTRICT COURT JUDGE

Respectfully Submitted by:

**KEATING** LAW GROUP

By: /s/ Bryce B. Buckwalter
BRYCE B. BUCKWALTER
Nevada Bar No.: 7626
9130 W. Russell Road, Ste. 200
Las Vegas, Nevada 89148
Attorney for Third-Party Defendant
ERIC'S CONCRETE PAVERS, INC