MOUNTAINSIDE LAW
Alan R. Wechsler, NV Bar No. 13782
940 Southwood Blvd., Suite 102
Incline Village, NV 89451
775.548.5020 phone
775.249.0553 fax
alan@mountainsidelaw.com

Attorneys for Defendant and Counterclaimant
1059 Lakeshore Boulevard LLC and
Defendants Barry Kane and Anna Kane

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>BARRY KANE, an individual; ANNA KANE, an individual; and 1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company fka 1059 Lakeshore Drive LLC,<br><br>        Defendants. | Case No.: 3:20-cv-00673-MMD-CLB<br>Honorable Miranda M. Du<br><br>**JOINT MOTION FOR COURT APPROVAL OF STIPULATION FOR ENTRY OF JUDGMENT AGAINST GARY A. PULVER DBA PULVER CONSTRUCTION COMPANY** |
| 1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company,<br><br>        Counterclaimant,<br><br>  v.<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, and ROES 1-50, inclusive,<br><br>        Counter-Defendants. | |

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, | |
| Third-Party Plaintiff, | |
| v. | |
| CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation, | *Complaint Filed: December 4, 2020* |
| Third-Party Defendant. | |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 54, 58, and LR 7-1, Defendant and Counterclaimant 1059 LAKESHORE BOULEVARD LLC and Defendants BARRY KANE and ANNA KANE, by and through their counsel of record MOUNTAINSIDE LAW, and Plaintiff, Counter-Defendant, and Third-Party Plaintiff GARY A. PULVER dba PULVER CONSTRUCTION COMPANY ("Pulver"), by and through his counsel of record LEMONS, GRUNDY & EISENBERG and HOY CHRISSINGER VALLAS, hereby jointly move for the Court's approval of the "Stipulation and [Proposed] Order for Entry of Judgment Against Gary A. Pulver dba Pulver Construction Company" attached hereto as *Exhibit 1* and incorporated herein by this reference, and for entry of judgment in accordance therewith.

This Motion is made pursuant to FRCP 54, 58, and LR 7-1, and is based on the

///
///
///
///
///
///
///
///
///

2

pleadings and papers on file herein, the attached stipulation, and such other matters as the Court deems appropriate to consider.

DATED: February 1, 2024

LEMONS, GRUNDY & EISENBERG

　　　/s/ Dane A. Littlefield
DANE A. LITTLEFIELD, ESQ.
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Ph: (775) 786-6868
dal@lge.net
*Attorneys for Counter-Defendant and Third-Party Plaintiff Gary A. Pulver dba Pulver Construction Company*

DATED: February 1, 2024

HOY CHRISSINGER VALLAS

　　　/s/ Theodore E. Chrissinger
THEODORE E. CHRISSINGER, ESQ.
50 W. Liberty St., Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
tchrissinger@nevadalaw.com
*Attorneys for Plaintiff
Gary A. Pulver dba Pulver Construction Company*

DATED: February 1, 2024

MOUNTAINSIDE LAW

　　　/s/ Alan R. Wechsler
ALAN R. WECHSLER, ESQ.
*Attorney for Defendant and Counterclaimant 1059 Lakeshore Boulevard LLC and Defendants Barry Kane and Anna Kane*

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Washoe, State of Nevada, within which county the subject service occurred. My business address is 940 Southwood Blvd, Suite 102, Incline Village, Nevada 89451.

On **February 1, 2024,** I served the following document described as: ***JOINT MOTION FOR COURT APPROVAL OF STIPULATION FOR ENTRY OF JUDGMENT AGAINST GARY A. PULVER DBA PULVER CONSTRUCTION COMPANY*** on the following interested parties in the manner described below:

to be completed by:

- ☐ personally delivering
- ☐ sending via Federal Express or other overnight delivery service
- ☐ depositing for mailing in the U.S. mail with sufficient postage affixed thereto
- ☐ delivery via facsimile machine
- ☐ delivery via electronic mail
- ☒ delivery via electronic filing. I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure and Local Rule IC 4-1. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

| | |
|---|---|
| Dane A. Littlefield<br>LEMONS GRUNDY & EISENBERG<br>6005 Plumas Street, 3rd Floor<br>Reno, NV 89519<br>Telephone: (775) 786-6868<br>dal@lge.net<br><br>*Attorneys for Counter-Defendant and Third-Party Plaintiff Gary A. Pulver dba Pulver Construction Company* | Theodore E. Chrissinger<br>HOY \| CHRISSINGER \| VALLAS<br>50 W. Liberty St., Suite 840<br>Reno, NV 89501<br>Telephone: (775) 786-8000<br>tchrissinger@nevadalaw.com<br><br>*Attorneys for Plaintiff Gary A. Pulver dba Pulver Construction Company* |

| | |
|---|---|
| John A. Aberasturi<br>Brent L. Ryman<br>ERICKSON, THORPE & SWAINSTON, LTD.<br>P.O. Box 3559<br>99 W. Arroyo Street<br>Reno, NV 89505<br>Telephone: (775) 786-3930<br>jaberasturi@etsreno.com<br>bryman@etsreno.com<br><br>*Attorneys for Third-Party Defendant*<br>*Cruz Construction Company, Inc.* | Charlie H. Luh<br>Craig D. Slater<br>LUH & ASSOCIATES<br>8987 W. Flamingo Road, Suite 100<br>Las Vegas, NV 89147<br>Telephone: (702) 367-8899<br>cluh@luhlaw.com<br>cslater@luhlaw.com<br><br>*Attorneys for Third-Party Defendant*<br>*Class A Roofing, LLC* |
| Karen Baytosh<br>BREMER WHYTE BROWN & O'MEARA, LLP<br>50 W. Liberty Street, Suite 1090<br>Reno, NV 89501<br>Telephone: (775) 440-2389<br>kbaytosh@bremerwhyte.com<br><br>*Attorneys for Third-Party Defendant*<br>*Julian MacDonald dba JP McDonald Millworks* | |

Executed on ***February 1, 2024,*** at Incline Village, Nevada.

                                      /s/ Alan R. Wechsler
                                      Alan R. Wechsler