MOUNTAINSIDE LAW
Alan R. Wechsler, NV Bar No. 13782
940 Southwood Blvd., Suite 102
Incline Village, NV 89451
775.548.5020 phone
775.249.0553 fax
alan@mountainsidelaw.com

Attorneys for Defendant and Counterclaimant
1059 Lakeshore Boulevard LLC and
Defendants Barry Kane and Anna Kane

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>BARRY KANE, an individual; ANNA KANE, an individual; and 1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company fka 1059 Lakeshore Drive LLC,<br><br>        Defendants. | Case No.: 3:20-cv-00673-MMD-CLB<br>Honorable Miranda M. Du<br><br>**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AGAINST GARY A. PULVER DBA PULVER CONSTRUCTION COMPANY** |
| 1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company,<br><br>        Counterclaimant,<br><br>v.<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, and ROES 1-50, inclusive,<br><br>        Counter-Defendants. | |

1

|   |   |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>      Third-Party Plaintiff,<br><br> v.<br><br>CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation,<br><br>      Third-Party Defendant. | *Complaint Filed: December 4, 2020* |

WHEREAS, the parties to this Stipulation for Entry of Judgment (the "Stipulated Judgment") are GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual ("Pulver"), BARRY KANE, an individual, ANNA KANE, an individual, and 1059 LAKESHORE BOULEVARD LLC ("Lakeshore"), a Nevada limited liability company formerly known as 1059 Lakeshore Drive LLC (Barry Kane, Anna Kane, and Lakeshore are collectively referred to as the "Lakeshore Parties").

WHEREAS, Pulver entered into an oral contract with Lakeshore in 2017 to construct for the Lakeshore Parties a house at 1059 Lakeshore Boulevard, Incline Village, Nevada 89451 (the "Property") as specified in the applicable plans and specifications as the general contractor, in exchange for payment for labor and material incurred by Pulver, plus 7% (calculated on the costs) and 7% profit (calculated on the sum of the costs plus overhead) (the "Project").

WHEREAS, throughout 2017, 2018, 2019, and the early part of 2020, the Lakeshore Parties made monthly payments to Pulver for the Project, in the total amount of $8,306,671.79.

WHEREAS, a dispute arose between Pulver and the Lakeshore Parties regarding Pulver's performance of the Project.

WHEREAS, in July 2020, the Lakeshore Parties terminated Pulver from the Project and terminated the oral contract between Pulver and Lakeshore.

WHEREAS, Pulver initiated the above-captioned action (the "Action") by filing a

Complaint in the United States District Court, District of Nevada (Northern Division) on December 4, 2020, assigned case number 3:20-cv-00673-MD-CLB, in which Pulver alleges, among other things, that the Lakeshore Parties refused to pay Pulver's final claimed outstanding invoice and that the Lakeshore Parties owe Pulver at least $182,101.63 for the Project, plus statutory interest under NRS 624.620, attorneys' fees, and costs.

WHEREAS, on February 8, 2021, Lakeshore filed a Counterclaim against Pulver in the Action, alleging that Pulver is responsible for various construction defects and asserting counterclaims for breach of contract, negligence, and fraud (intentional misrepresentation and fraudulent concealment).

WHEREAS, as set forth in the Lakeshore Parties' Fifth Supplemental FRCP 26 Disclosures, Lakeshore is seeking damages on its counterclaims against Pulver in the total amount of $5,435,952.68, as well as punitive damages in connection with Lakeshore's fraud claims against Pulver.

WHEREAS, Pulver has asserted third-party claims in the Action against several third-party defendants involved in the Project.

WHEREAS, Pulver desires to resolve this Action, as between he and the Lakeshore Parties, by stipulating to entry of a judgment in the Action (i) against Pulver and in favor of Lakeshore on all of Lakeshore's counterclaims in the amount of Five Million and no/100 Dollars ($5,000,000), and (ii) against Pulver on all of Pulver's claims for relief against the Lakeshore Parties, such that Pulver takes nothing thereby.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Pulver and the Lakeshore Parties, by and through their counsel of record, as follows:

1. Judgment shall be entered against Pulver (i) in favor of 1059 Lakeshore Boulevard LLC on its counterclaims against Pulver, in the total amount of $5,000,000 (the "Judgment Amount"), and (ii) in favor of Barry Kane, Anna Kane, and 1059 Lakeshore Boulevard LLC on all of Pulver's claims for relief against them such that Pulver take nothing thereby.

2. This Stipulated Judgment shall be enforceable as any other civil judgment.

DATED: February 1, 2024    LEMONS, GRUNDY & EISENBERG

          /s/ Dane A. Littlefield
DANE A. LITTLEFIELD, ESQ.
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Ph: (775) 786-6868
dal@lge.net
*Attorneys for Counter-Defendant and Third-Party Plaintiff Gary A. Pulver dba Pulver Construction Company*

DATED: February 1, 2024    HOY CHRISSINGER VALLAS

          /s/ Theodore E. Chrissinger
THEODORE E. CHRISSINGER, ESQ.
50 W. Liberty St., Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
tchrissinger@nevadalaw.com
*Attorneys for Plaintiff Gary A. Pulver dba Pulver Construction Company*

[*signatures continued on next page*]

///
///
///
///
///
///
///
///

DATED: February 1, 2024

MOUNTAINSIDE LAW

/s/ Alan R. Wechsler
ALAN R. WECHSLER, ESQ.
*Attorney for Defendant and Counterclaimant 1059 Lakeshore Boulevard LLC and Defendants Barry Kane and Anna Kane*

**IT IS SO ORDERED.**

Dated this 1st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE