CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
T: (702) 367-8899 F: (702) 384-8899
E-Mail: cslater@luhlaw.com
Attorneys for Third-Party Defendant
*CLASS A ROOFING, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BARRY KANE, an individual; ANNA KANE, an individual; and 1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company fka 1059 Lakeshore Drive LLC,<br><br>　　　　　Defendants. | CASE NO.  3:20-cv-00673-MD-CLB<br><br>**Stipulation and Order to Dismiss Third-Party Defendant Class A Roofing, LLC with Prejudice** |
| 1059 LAKESHORE BOULEYARD LLC, a Nevada limited liability company,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, and ROES 1-50, inclusive,<br><br>　　　　　Counter-Defendants. | |

GARY A. PULVER db a PULVER CONSTRUCTION COMPANY, an individual,

        Third-Party Plaintiff,

v.

CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation; CLASS A ROOFING, LLC, a Nevada limited liability company; A & E ARCHITECTS, a Montana professional corporation; RENO TAHOE GEO ASSOCIATES, INC., a Nevada corporation; ERIC'S CONCRETE PAVERS, INC., a Nevada corporation; JULIAN MACDONALD dba JP MCDONALD MILL WORKS; and DOES 1 through 20,

        Third-Party Defendants.

The parties hereby stipulate to dismiss Third-Party Defendant, CLASS A ROOFING, LLC, from the this matter with prejudice, each party to bear their own fees and costs.

| LUH & ASSOCIATES | LEMONS, GRUNDY & EISENBERG |
|---|---|
| /s/ Craig D. Slater | /s/ Dane A. Littlefield |
| CRAIG SLATER, ESQ. | DANE A. LITTLEFIELD, ESQ. |
| Nevada Bar No. 8667 | 6005 Plumas Street, Third Floor |
| 8987 W. Flamingo, Suite 100 | Reno, NV 89519 |
| Las Vegas, NV 89147 | Attorneys for GARY A. PULVER dba PULVER |
| Attorneys for CLASS A ROOFING, LLC | CONSTRUCTION COMPANY |

        IT IS SO ORDERED.

        Dated:  February 9, 2024

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the law firm of LUH & ASSCIATES, and that on the date shown below, I caused service of a true and correct copy of the attached: **Stipulation and Order for Dismissal of Third-Party Defendant CLASS A ROOFING, LLC** to be completed by:

___X___ electronic service via transmitting the above-mentioned document to the e-mail addresses listed below:

| | | |
|---|---|---|
| 1. | HOY, CHRISSINGER & VALLAS<br>Theodore E. Chrissinger, Esq.<br>50 W. Liberty, Suite 840<br>Reno, NV 89501-2128 | Telephone: (775) 786-8000<br>Email: tchrissinger@nevadalaw.com<br>Email: sseth@nevadalaw.com<br>Counsel for Gary A. Pulver dba Pulver Construction Company |
| 2. | ERICKSON, THORPE & SWAINSTON, LTD<br>John C. Boyden, Esq.<br>John L. Ryman, Esq.<br>Brent L. Ryman, Esq.<br>John Aberasturi, Esq<br>99 Arroyo Street<br>Reno, NV 89500 | Telephone: (775) 786-3930<br>Email: jboyden@estreno.com<br>Email: jaberasturi@estreno.com<br>Email: bryman@estreno.com<br>Counsel for Cruz Construction Company, Inc. |
| 3. | MOUNTAINSIDE LAW<br>Alan R. Wechsler, Esq.<br>940 Southwood Blvd., Suite 102<br>Incline Village, NV 89541 | Telephone: (775) 548-5020<br>Email: alan@mountainsidelaw.com<br>Email: decker@mountainsidelaw.com<br>Counsel for 1059 Lakeshore Boulevard LLC, Barry Kane, and Anna Kane. |
| 4. | LEMONS, GRUNDY & EISENBERG<br>Dane A. Littlefield, Esq.<br>6005 Plumas Street, Third Floor<br>Reno, Nevada 89519 | Telephone: (775) 786-6868<br>Email: dal@lge.net<br>Counsel for Gary A. Pulver dba Pulver Construction Company |

Dated this 8th day of February, 2024.

/s/ Victoria Grant