Dane A. Littlefield, Esq.
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, NV 89519
Telephone: (775) 786-6868
clm@lge.net

Theodore E. Chrissinger, Esq.
Hoy Chrissinger Kimmel Vallas
50 W. Liberty St., Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
tchrissinger@nevadalaw.com

*Attorneys for Plaintiff and
Counter-Defendant and
Third-Party Plaintiff GARY A. PULVER
dba PULVER CONSTRUCTION COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>Plaintiff,<br>vs.<br><br>BARRY KANE, an individual; ANNA KANE, an individual; and 1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company fka 1059 Lakeshore Drive LLC,<br><br>Defendants. | Case No.: 3:20-cv-00673-MMD-CSB<br>Honorable Miranda M. Du<br><br>**Stipulation and Order to Dismiss Third-Party Defendant JULIAN MACDONALD dba JP MCDONALD MILLWORKS** |
| 1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br>vs.<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, and ROES 1-50, inclusive,<br><br>Counter-Defendants. | |

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 1 -

GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,

Third-Party Plaintiff,

vs.

CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation; CLASS A ROOFING, LLC, a Nevada limited liability company; A & E ARCHITECTS, a Montana professional corporation; RENO TAHOE GEO ASSOCIATES, INC., a Nevada corporation; ERIC'S CONCRETE PAVERS, INC., a Nevada corporation; JULIAN MACDONALD dba JP MCDONALD MILLWORKS; and DOES 1 through 20,

Third-Party Defendants.

Third-Party Plaintiff GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, by and through its counsel of record the law firm of LEMONS, GRUNDY & EISENBERG, and Third-Party Defendant JULIAN MACDONALD dba JP MCDONALD MILLWORKS, by and through its counsel of record the law firm of BREMER WHYTE BROWN & O'MEARA hereby stipulate to dismiss Third-Party Defendant JULIAN MACDONALD dba JP MCDONALD MILLWORKS from this matter with prejudice, each party to bear their own fees and costs.

LEMONS, GRUNDY & EISENBERG

/s/ Dane A. Littlefield
DANE A. LITTLEFIELD, ESQ.
Nevada Bar No. 14080
6005 Plumas Street, Third Floor
Reno, NV 89519
Attorneys for GARY A. PULVER dba PULVER CONSTRUCTION COMPANY

BREMER WHYTE BROWN & O'MEARA

/s/ Karen M. Baytosh
KAREN M. BAYTOSH, ESQ.
Nevada Bar No. 10510
50 W. Liberty Street, Suite 1090
Reno, Nevada 89501
Attorneys for JULIAN MACDONALD dba JP MCDONALD MILLWORKS

IT IS SO ORDERED.

Dated: March 29, 2024

_____
DISTRICT COURT JUDGE

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

-2-

# CERTIFICATE OF SERVICE

I certify that I am an employee of LEMONS, GRUNDY & EISENBERG, 6005 Plumas Street, Third Floor, Reno, Nevada 89519; over the age of 18 years, and not a party to the within action; that I electronically filed and served through the United States District Court's CM/ECF System served a copy of the foregoing document addressed to the following recipients:

Theodore E. Chrissinger, Esq.
Hoy, Chrissinger & Vallas
50 W. Liberty St., Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000


MOUNTAINSIDE LAW
Alan R. Wechsler, NV Bar No. 13782
940 Southwood Blvd., Suite 102
Incline Village, NV 89451
775.548.5020 phone
775.249.0553 fax
alan@mountainsidelaw.com


KAREN M. BAYTOSH, ESQ.
Nevada Bar No. 10510
50 W. Liberty Street, Suite 1090
Reno, Nevada 89501

Dated this 29th day of March, 2024.

Rosie Marquez