JOHN A. ABERASTURI, ESQ. (SBN #1692)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 S. Arlington Ave., Suite 205
P.O. Box 3559
Reno, Nevada 89505
(775) 786-3930
jaberasturi@etsreno.com
*Attorney for Third-Party Defendant*
*Cruz Construction Company, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>Plaintiff<br><br>vs.<br><br>BARRY KANE, an individual; ANNA KANE, an individual; and 1059 LAKESHORE BOULEVARD, LLC, a Nevada limited liability company, fka 1059 LAKESHORE DRIVE, LLC,<br><br>Defendants.<br>_____<br><br>1059 LAKESHORE BOULEVARD, LLC, a Nevada limited liability company,<br><br>Counterclaimant<br><br>vs.<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, and ROES 1-50, inclusive,<br><br>Counterdefendants.<br>_____<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation,<br><br>Third-Party Defendants.<br>_____ | Case No:   3:20-cv-00673-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO JOINT MOTION TO SUBSTITUTE PARTIES, REOPEN DISCOVERY, AND CONTINUE TRIAL** |

Pursuant to Local Rule 6-1, Third-Party Plaintiff Gary A. Pulver dba Pulver Construction Company ("Pulver"), Defendant and Counterclaimant 1059 Lakeshore Blvd. LLC, Barry Kane and Anna Kane ("Lakeshore") and Third-Part Defendant Cruz Construction Company, Inc ("Cruz") by and through their undersigned counsel., hereby stipulate and agree to extend the deadline for response and/or opposition to Pulver and Lakshore's Joint Motion (ECF No. 109) filed on May 23, 2024 with Exhibit (ECF No. 110) filed on May 28, 2024. The parties have agreed to extend the time for response and/or opposition to and through June 11, 2024. This is the first request for extension of time regarding this motion. This request is made for reason that counsel for Cruz was out of the office on Friday, May 24 and did not receive the filed late the previous night until after the three day weekend. The parties have been consulting regarding the response and issues presented and are hopeful of presenting the court with a joint propped resolution. This request for a five-day extension of time is made in good faith, in the interest of justice and is not intended to delay this matter and is made within the mandate of Federal Rule of Civil Procedure 1.

IT IS SO AGREED AND STIPULATED, this 5th day of June, 2024.

MOUNTAINSIDE LAW

/s/ Alan R. Wechsler
ALAN R. WECHSLER, ESQ.
Attorneys for Defendant and
and Counterclaimant 1059 Lakeshore Blvd.
LLC and Barry Kane and Anna Kane

LEMONS, GRUNDY & EISENBERG

/s/ Douglas R. Brown
DOUGLAS R. BROWN, ESQ.
Attorneys for Counter-Defendant and Third-Plaintiff Gary A. Pulver dba Pulver Construction Company

ERICKSON, THORPE & SWAINSTON, LTD.

/s/John Aberasturi
JOHN ABERASTURI
ERICKSON, THORPE & SWAINSTON, LTD.
Attorneys for Cruz Construction Company, Inc.

ORDER

IT IS SO ORDERED
Dated this 6th day of June, 2024

_____
DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on this day I served a true and correct copy of the attached document by:

☐ U.S. Mail
☐ Facsimile Transmission
☐ Personal Service
☐ Messenger Service
☒ CM-ECF Electronic
☐ E-Mail Service

addressed to the following:

| NAME & ADDRESS | PHONE/FAX NUMBERS | PARTY |
|---|---|---|
| Theodore E. Chrissinger, Esq.<br>Hoy Chrissinger Vallas<br>50 W. Liberty Street #840<br>Reno, NV 89501<br>tchrissinger@nevadalaw.com<br>sseth@nevadalaw.com | 775-786-8000 | Third Party Plaintff Counterdefrndant Pulver |
| Douglas R. Brown, Esq.<br>Lemons Grundy & Eisenberg<br>6005 Plumas Street, 3rd Floor<br>Reno, NV 89519<br>drb@lge.net | 775-786-6868 | Third-Party Plaintiff Counterdefendant Pulver |
| Alan R. Wechlser, Esq.<br>Mountainside Law<br>940 Southwood Blvd., Suite 102<br>Incline Village, NV 89451<br>alan@montainsidelaw.com | 775-548-5020 | Defendants, Counterclaimants 1059 Lakeside and Kanes |
|  |  |  |

DATED this 5th day of June, 2024.

/s/ *Jorge Ramirez*
Jorge Ramirez