JOHN A. ABERASTURI, ESQ. (SBN #1692)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 S. Arlington Ave., Suite 205
P.O. Box 3559
Reno, Nevada 89505
(775) 786-3930
jaberasturi@etsreno.com
*Attorney for Third-Party Defendant*
*Cruz Construction Company, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>Plaintiff<br><br>vs.<br><br>BARRY KANE, an individual; ANNA KANE, an individual; and 1059 LAKESHORE BOULEVARD, LLC, a Nevada limited liability company, fka 1059 LAKESHORE DRIVE, LLC,<br><br>Defendants.<br>_____/<br><br>1059 LAKESHORE BOULEVARD, LLC, a Nevada limited liability company,<br><br>Counterclaimant<br><br>vs.<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, and ROES 1-50, inclusive,<br><br>Counterdefendants.<br>_____/<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation,<br><br>Third-Party Defendants.<br>_____/ | Case No: 3:20-cv-00673-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER** |

Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930

Pursuant to Local Rule IA 6-1, Third-Party Plaintiff 1059 Lakeshore Boulevard LLC, Barry Kane and Anna Kane (collectively "Lakeshore") and Third-Party Defendant Cruz Construction Company, Inc ("Cruz") by and through their undersigned counsel., hereby stipulate and agree to extend the deadline for the filing of a the Amended Proposed Pre-trial Order in the remaining parts of this matter to November 15, 2024. This is the first request for extension of time regarding this order on the remiang portion of this case.

The order was to be filed November 11, 2024, making the filing due per Federal Rule of Civil Procedure 6(1) on November 12, 2024.

This request is made for reason that counsel for Cruz has been called away because of a family emergency making the finalization of the proposed document impossible. The parties have been consulting regarding proposed order and issues agree that presenting the court with a joint proposed amended order can be completed within the requested time.

This request for a three-day extension of time is made in good faith, in the interest of justice and is not intended to delay this matter and is made within the mandate of Federal Rule of Civil Procedure 1.

IT IS SO AGREED AND STIPULATED, this 8th day of November, 2024.

MOUNTAINSIDE LAW

/s/ Alan R. Wechsler
ALAN R. WECHSLER, ESQ.
*Attorneys for Defendant,*
*Counterclaimant and substituted Third-Party Plaintiff*
*(for Gary A. Pulver dba Pulver Constuction Company)*
*1059 Lakeshore Blvd. LLC and Barry Kane and Anna Kane*

ERICKSON, THORPE & SWAINSTON, LTD.

/s/John Aberasturi
JOHN ABERASTURI
ERICKSON, THORPE & SWAINSTON, LTD.
*Attorneys for Cruz Construction Company, Inc.*

## ORDER

IT IS SO ORDERED
Dated this 15th day of November, 2024

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on this day I served a true and correct copy of the attached document by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☒ CM-ECF Electronic
- ☐ E-Mail Service

addressed to the following:

| NAME & ADDRESS | PHONE/FAX NUMBERS | PARTY |
|---|---|---|
| Alan R. Wechlser, Esq.<br>Mountainside Law<br>940 Southwood Blvd., Suite 102<br>Incline Village, NV  89451<br>alan@montainsidelaw.com | 775-548-5020 | Defendants, Counterclaimants, 1059 Lakeside and Kanes |

DATED this 8th day of November, 2024.

/s/ *Jorge Ramirez*
Jorge Ramirez