MOUNTAINSIDE LAW
Alan R. Wechsler, NV Bar No. 13782
940 Southwood Blvd., Suite 102
Incline Village, NV 89451
775.548.5020 phone
775.249.0553 fax
alan@mountainsidelaw.com

*Attorneys for Third-Party Plaintiffs*
*1059 Lakeshore Boulevard LLC,*
*Barry Kane, and Anna Kane*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BARRY KANE, an individual; ANNA KANE, an individual; and 1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company fka 1059 Lakeshore Drive LLC,<br><br>Defendants.<br>_____<br>1059 LAKESHORE BOULEVARD LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, and ROES 1-50, inclusive,<br><br>Counter-Defendants. | Case No.: 3:20-cv-00673-MMD-CLB<br>Honorable Miranda M. Du<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

|   |   |   |
|---|---|---|
| 1 | GARY A. PULVER dba PULVER CONSTRUCTION COMPANY, an individual, | |
| 2 | | |
| 3 | | |
| 4 | Third-Party Plaintiff,<br>v. | |
| 5 | CRUZ CONSTRUCTION COMPANY, INC., a Nevada corporation, | |
| 6 | | *Complaint Filed: December 4, 2020* |
| 7 | Third-Party Defendant. | |
| 8 | | |

10    IT IS HEREBY STIPULATED, by and among Third-Party Plaintiffs 1059
11 LAKESHORE BOULEVARD LLC, BARRY KANE, and ANNA KANE (collectively,
12 "Lakeshore"), by and through their counsel, ALAN R. WECHSLER of MOUNTAINSIDE
13 LAW, and Third-Party Defendant CRUZ CONSTRUCTION COMPANY, INC. ("Cruz"),
14 by and through its counsel, JOHN A. ABERASTURI of ERICKSON, THORPE &
15 SWAINSTON, LTD and BRANDON D. MILLAM of DOYLE HERNANDEZ MILLAM,
16 pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Rule 68(d)(2) of
17 the Nevada Rules of Civil Procedure, and Nevada Revised Statutes 17.117(7), that the
18 above-entitled action and all third-party claims asserted by Lakeshore in the action,
19 including all third-
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

party claims in the action assigned to Lakeshore by Gary A. Pulver dba Pulver Construction Company, shall be dismissed with prejudice in their entirety, with Lakeshore and Cruz to each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated this 7th day of March, 2025

By:  /s/ *Alan R. Wechsler*
Alan R. Wechsler, Esq., Bar No. 13782
MOUNTAINSIDE LAW
940 Southwood Blvd., Suite 102
Incline Village, NV 89451
Telephone: (775) 548-5020

*Attorney for Third-Party Plaintiffs 1059 Lakeshore Boulevard LLC, Barry Kane, and Anna Kane*

Dated this 7th day of March, 2025

By:  /s/ *John A. Aberasturi*
John A. Aberasturi, Esq., Bar No. 1692
ERICKSON, THORPE & SWAINSTON, LTD
1885 S. Arlington Ave., Suite 205
Reno, NV 89509
Telephone: (775) 786-3930

*Attorneys for Third-Party Defendant Cruz Construction Company, Inc.*

Dated this 7th day of March, 2025

By:  /s/ *Brandon D. Millam*
Brandon D. Millam, Esq., Bar No. 16730
DOYLE HERNANDEZ MILLAM
11811 N. Tatum Blvd. Suite 2900
Phoenix, AZ 85028
Telephone: (602) 240-6711

*Attorneys for Third-Party Defendant Cruz Construction Company, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:   March 10, 2025

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Washoe, State of Nevada, within which county the subject service occurred. My business address is 940 Southwood Blvd, Suite 102, Incline Village, Nevada 89451.

On **March 7, 2025,** I served the following document described as: ***STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*** on the following interested parties and in the manner described below:

to be completed by:

☒   delivery via electronic filing. I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure and Local Rule IC 4-1. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

| | |
|---|---|
| John A. Aberasturi<br>Brent L. Ryman<br>ERICKSON, THORPE & SWAINSTON, LTD.<br>1885 S. Arlington Ave., Suite 205<br>Reno, NV  89509<br>Telephone:  (775) 786-3930<br>jaberasturi@etsreno.com<br>bryman@etsreno.com<br><br>*Local Counsel for Third-Party Defendant Cruz Construction Company, Inc.* | William H. Doyle<br>Brandon D. Millam<br>DOYLE HERNANDEZ MILLAM<br>11811 N. Tatum Blvd. Suite 2900<br>Phoenix, AZ  85028<br>Telephone:  (602) 240-6711<br>wdoyle@doylelawgroup.com<br>bmillam@doylelawgroup.com<br><br>*Attorneys for Third-Party Defendant Cruz Construction Company, Inc.* |

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made.

Executed on **March 7, 2025,** at Incline Village, Nevada.

                                    /s/ *Alan R. Wechsler*
                            Alan R. Wechsler